**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-05002-PSH |
| | § | |
| DENISA KUCEROVA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/05/2011, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/11/2011     By: /s/ David P. Leibowitz
                                  (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-05002-PSH |
| | § | |
| DENISA KUCEROVA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $5,002.40
*and approved disbursements of*     $4.02
*leaving a balance on hand of[1]:*     $4,998.38

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $4,998.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,250.24 | $0.00 | $1,250.24 |
| David Leibowitz, Trustee Expenses | $66.02 | $0.00 | $66.02 |

Total to be paid for chapter 7 administrative expenses:     $1,316.26
Remaining balance:     $3,682.12

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  | Remaining balance: | $3,682.12 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,682.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $12,208.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for World Financial Network National Bank | $645.30 | $0.00 | $194.64 |
| 2 | American Infosource Lp As Agent for World Financial Network National Bank | $586.19 | $0.00 | $176.80 |
| 3 | US Bank N.A. | $10,976.54 | $0.00 | $3,310.68 |

|  | Total to be paid to timely general unsecured claims: | $3,682.12 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                         Case No. 10-05002-PSH
Denisa Kucerova                                                Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez              Page 1 of 1                    Date Rcvd: Apr 12, 2011
                              Form ID: pdf006              Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2011.
db          +Denisa Kucerova,    3844 West 55th Pl.,   Chicago, IL 60629-3802
aty         +M. Eryk Nowicki,    724 West IL Route 120,   McHenry, IL 60051-8700
tr          +David P Leibowitz, ESQ,   Leibowitz Law Center,    420 Clayton Street,   Waukegan, IL 60085-4216
15080204    +BANK OF AMERICA,    PO BOX 1598,   NORFOLK, VA 23501-1598
15080205    +BARCLAYSBK,   125 SOUTH WEST STREET,    WILMINGTON, DE 19801-5014
15080206    +CITI,   PO BOX 6241,   SIOUX FALLS, SD 57117-6241
15080207    +Citi Platinium,    4600 Houston,   Florence, KY 41042-4820
15080208    +US Airways Divided Miles,    PO BOX 13337,   Philadelphia, Pa 19101-3337
15080210   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK/NA ND,    4325 17TH AVE S,   FARGO, ND 58125)
15080209   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    PO BOX 790408,   St. Louis, MO 63179)
16135003   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,    P.O. Box 5229,   Cincinnati, OH 45201)
15080211    +WFNNB - Express,    PO BOX 659728,   San Antonio, TX 78265-9728
15080212    +WFNNB - Limited,    PO BOX 659728,   San Antonio, TX 78265-9728
15080213    +WFNNB/EXPSTR,    PO BOX 330064,   NORTHGLENN, CO 80233-8064
15080214    +WFNNB/LMITED,    PO BOX 337001,   NORTHGLENN, CO 80233-7001
15080215    +Wioletta Bieniek,    3844 W. 55th Pl,   Chicago, IL 60629-3802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15870060      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 13 2011 00:22:14
              American Infosource Lp As Agent for,   World Financial Network National Bank As,
              Express for Men (Structure),   PO Box 248872,   Oklahoma City, OK 73124-8872
15870030      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 13 2011 00:22:14
              American Infosource Lp As Agent for,   World Financial Network National Bank As,   Limited,
              PO Box 248872,   Oklahoma City, OK 73124-8872
                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2011**               **Signature:** _Joseph Speetjens_