**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-05002-PSH |
| | § | |
| DENISA KUCEROVA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | | |
|---|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,490.00 | | Assets Exempt: | $2,490.00 |
| Total Distributions to Claimants: | $3,682.36 | | Claims Discharged Without Payment: | $38,905.67 |
| Total Expenses of Administration: | $1,320.28 | | | |

3)      Total gross receipts of $5,002.64  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,002.64 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,320.28 | $1,320.28 | $1,320.28 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $30,380.00 | $12,208.03 | $12,208.03 | $3,682.36 |
| **Total Disbursements** | $30,380.00 | $13,528.31 | $13,528.31 | $5,002.64 |

4).  This case was originally filed under chapter 7 on 02/09/2010.  The case was pending for 18 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>08/08/2011</u>            By:    /s/ David P. Leibowitz
                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Turnover of funds from Real Estate Transaction. | 1229-000 | $5,000.00 |
| Interest Earned | 1270-000 | $2.64 |
| **TOTAL GROSS RECEIPTS** | | $5,002.64 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,250.24 | $1,250.24 | $1,250.24 |
| David Leibowitz, Trustee | 2200-000 | NA | $66.02 | $66.02 | $66.02 |
| International Sureties, Ltd | 2300-000 | NA | $4.02 | $4.02 | $4.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,320.28 | $1,320.28 | $1,320.28 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for World Financial Network National Bank | 7100-900 | NA | $645.30 | $645.30 | $194.65 |
| 2 | American | 7100-900 | NA | $586.19 | $586.19 | $176.81 |

| | Infosource Lp As Agent for World Financial Network National Bank | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | US Bank N.A. | 7100-000 | NA | $10,976.54 | $10,976.54 | $3,310.90 |
| | BANK OF AMERICA | 7100-000 | $3,025.00 | NA | NA | $0.00 |
| | BARCLAYSBK | 7100-000 | $7,303.00 | NA | NA | $0.00 |
| | CITI | 7100-000 | $8,147.00 | NA | NA | $0.00 |
| | US BANK/NA ND | 7100-000 | $10,674.00 | NA | NA | $0.00 |
| | WFNNB/EXPST R | 7100-000 | $586.00 | NA | NA | $0.00 |
| | WFNNB/LMITE D | 7100-000 | $645.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $30,380.00 | $12,208.03 | $12,208.03 | $3,682.36 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 10-05002-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KUCEROVA, DENISA | Date Filed (f) or Converted (c): | 02/09/2010 (f) |
| For the Period Ending: | 8/8/2011 | §341(a) Meeting Date: | 03/24/2010 |
| | | Claims Bar Date: | 10/18/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Cash | $400.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 | National City Bank checking account | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3 | One month rent with landlord | $640.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 | Household furnishings, TV, Audio, computer | $800.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5 | Normal clothing | $400.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6 | Wrist watch, jewerly | $150.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7 | Turnover of funds from Real Estate Transaction.   **(u)** | $0.00 | $5,000.00 | DA | $5,000.00 | FA |
| INT | Interest Earned   **(u)** | Unknown | Unknown | DA | $2.64 | FA |

| TOTALS (Excluding unknown value) | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|
| | $2,490.00 | $5,000.00 | $5,002.64 | $0.00 |

**Major Activities affecting case closing:**

debtor to turnover remaining funds from sale of home in 09

To Review Claims and Ready to for TFR

TFR Completed for Trustee's review.

| Initial Projected Date Of Final Report (TFR): | 06/30/2011 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | 06/30/2011 | DAVID LEIBOWITZ |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 10-05002-PSH |
| **Case Name:** | KUCEROVA, DENISA |
| **Primary Taxpayer ID #:** | ******4130 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 2/9/2010 |
| **For Period Ending:** | 8/8/2011 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******5002 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.21 | | $0.21 |
| 02/04/2011 | 3000 | International Sureties, Ltd | Bond Payment | 2300-000 | | $4.02 | ($3.81) |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.19 | | ($3.62) |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.21 | | ($3.41) |
| | | | **TOTALS:** | | $0.61 | $4.02 | ($3.41) |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.61 | $4.02 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.61 | $4.02 | |

| For the period of 2/9/2010 to 8/8/2011 | | For the entire history of the account between 06/25/2010 to 8/8/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.61 | Total Compensable Receipts: | $0.61 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.61 | Total Comp/Non Comp Receipts: | $0.61 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4.02 | Total Compensable Disbursements: | $4.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.02 | Total Comp/Non Comp Disbursements: | $4.02 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 10-05002-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | KUCEROVA, DENISA | **Bank Name:** The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******4130 | **Money Market Acct #:** ******5565 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 2/9/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 8/8/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/12/2010 | (7) | M Eryk Nowicki & Associates PC | partial proceeds of unscheduled cash | 1229-000 | $4,000.00 | | $4,000.00 |
| | | | **TOTALS:** | | $4,000.00 | $0.00 | $4,000.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,000.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,000.00 | $0.00 | |

**For the period of  2/9/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/12/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-05002-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KUCEROVA, DENISA | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4130 | Money Market Acct #: | ******5002 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 2/9/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.21 | | $0.21 |
| | | | **TOTALS:** | | $0.21 | $0.00 | $0.21 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.21 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.21 | $0.00 | |

**For the period of  2/9/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.21 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/25/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.21 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 10-05002-PSH | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | KUCEROVA, DENISA | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Money Market Acct #:** | ******5565 |
| **Primary Taxpayer ID #:** | ******4130 | | **Account Title:** | Money Market Account |
| **Co-Debtor Taxpayer ID #:** | | | | |
| **For Period Beginning:** | 2/9/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/8/2011 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.09 | | $0.09 |
| | | | **TOTALS:** | | $0.09 | $0.00 | $0.09 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.09 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.09 | $0.00 | |

**For the period of  2/9/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/12/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| **Case No.** | 10-05002-PSH | **Trustee Name:** | David Leibowitz |
| **Case Name:** | KUCEROVA, DENISA | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******4130 | **Money Market Acct #:** | ******5002 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | MMA |
| **For Period Beginning:** | 2/9/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/8/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/06/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 5/6/2011 | 1270-000 | $0.03 | | $0.03 |
| | | | **TOTALS:** | | $0.03 | $0.00 | $0.03 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.03 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.03 | $0.00 | |

**For the period of 2/9/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.03 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.03 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/25/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.03 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.03 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 10-05002-PSH | |
| **Case Name:** | KUCEROVA, DENISA | |
| **Primary Taxpayer ID #:** | ******4130 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/9/2010 | |
| **For Period Ending:** | 8/8/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Checking Acct #:** | ******5002 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/06/2011 | | Transfer From: #******5002 | | 9999-000 | $4,998.62 | | $4,998.62 |
| | | **TOTALS:** | | | $4,998.62 | $0.00 | $4,998.62 |
| | | **Less: Bank transfers/CDs** | | | $4,998.62 | $0.00 | |
| | | **Subtotal** | | | $0.00 | $0.00 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $0.00 | $0.00 | |

**For the period of  2/9/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,998.62 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 05/06/2011 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,998.62 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-05002-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KUCEROVA, DENISA | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4130 | Money Market Acct #: | ******5002 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 2/9/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/06/2011 | | Transfer To: #******5002 | | 9999-000 | | $4,998.62 | ($4,998.62) |
| | | | TOTALS: | | $0.00 | $4,998.62 | ($4,998.62) |
| | | | Less: Bank transfers/CDs | | $0.00 | $4,998.62 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 2/9/2010 to 8/8/2011 | | For the entire history of the account between 06/25/2010 to 8/8/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $4,998.62 | Total Internal/Transfer Disbursements: | $4,998.62 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 10-05002-PSH | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | KUCEROVA, DENISA | | | **Bank Name:** | | Sterling Bank |
| **Primary Taxpayer ID #:** | ******4130 | | | **Checking Acct #:** | | ******5002 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 2/9/2010 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 8/8/2011 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/06/2011 | 2001 | David Leibowitz | Trustee Expenses | 2200-000 | | $66.02 | ($66.02) |
| 05/06/2011 | 2002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,250.24 | ($1,316.26) |
| 05/06/2011 | 2003 | American Infosource Lp As Agent for World Financial | Claim #: 1; Amount Claimed: 645.30; Amount Allowed: 645.30;  Distribution Dividend: 30.16; | 7100-900 | | $194.65 | ($1,510.91) |
| 05/06/2011 | 2004 | American Infosource Lp As Agent for World Financial | Claim #: 2; Amount Claimed: 586.19; Amount Allowed: 586.19;  Distribution Dividend: 30.16; | 7100-900 | | $176.81 | ($1,687.72) |
| 05/06/2011 | 2005 | US Bank N.A. | Claim #: 3; Amount Claimed: 10,976.54; Amount Allowed: 10,976.54; Distribution Dividend: 30.16; | 7100-000 | | $3,310.90 | ($4,998.62) |

|  | | | |
|---|---|---|---|
| **TOTALS:** | $0.00 | $4,998.62 | ($4,998.62) |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $0.00 | $4,998.62 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $4,998.62 | |

| For the period of 2/9/2010 to 8/8/2011 | | For the entire history of the account between 05/06/2011 to 8/8/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,998.62 | Total Compensable Disbursements: | $4,998.62 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,998.62 | Total Comp/Non Comp  Disbursements: | $4,998.62 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

Case 10-05002   Doc 26   Filed 08/11/11   Entered 08/11/11 16:39:01   Desc Main

| Case No. | 10-05002-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KUCEROVA, DENISA | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******4130 | | Money Market Acct #: | ******5565 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 2/9/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.23 | | $0.23 |
| | | | **TOTALS:** | | $0.23 | $0.00 | $0.23 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.23 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.23 | $0.00 | |

**For the period of  2/9/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/12/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-05002-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KUCEROVA, DENISA | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4130 | Money Market Acct #: | ******5002 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 2/9/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/23/2010 | (7) | M Eryk Nowicki & Associates PC | | 1229-000 | $1,000.00 | | $1,000.00 |
| | | | **TOTALS:** | | $1,000.00 | $0.00 | $1,000.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,000.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,000.00 | $0.00 | |

**For the period of 2/9/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $1,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/25/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $1,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 10-05002-PSH | |
| **Case Name:** | KUCEROVA, DENISA | |
| | | |
| **Primary Taxpayer ID #:** | ******4130 | |
| **Co-Debtor Taxpayer ID #:** | | |
| | | |
| **For Period Beginning:** | 2/9/2010 | |
| **For Period Ending:** | 8/8/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | The Bank of New York Mellon |
| **Money Market Acct #:** | ******5565 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.17 | | $0.17 |
| | | | **TOTALS:** | | $0.17 | $0.00 | $0.17 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.17 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.17 | $0.00 | |

**For the period of  2/9/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.17 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.17 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/12/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.17 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.17 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 10-05002-PSH | Trustee Name: | David Leibowitz |
| Case Name: | KUCEROVA, DENISA | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4130 | Money Market Acct #: | ******5002 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 2/9/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $4,000.49 | | $4,000.49 |
| | | | **TOTALS:** | | $4,000.49 | $0.00 | $4,000.49 |
| | | | **Less: Bank transfers/CDs** | | $4,000.49 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

| For the period of 2/9/2010 to 8/8/2011 | | For the entire history of the account between 06/25/2010 to 8/8/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,000.49 | Total Internal/Transfer Receipts: | $4,000.49 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 10-05002-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KUCEROVA, DENISA | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******4130 | | Money Market Acct #: | ******5565 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 2/9/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $4,000.49 | ($4,000.49) |
| | | | **TOTALS:** | | $0.00 | $4,000.49 | ($4,000.49) |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $4,000.49 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of  2/9/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $4,000.49 |

**For the entire history of the account between 04/12/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $4,000.49 |

Case 10-05002   Doc 26   Filed 08/11/11   Entered 08/11/11 16:39:01   Desc Main
Document      Page 19 of 22

| Case No. | 10-05002-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KUCEROVA, DENISA | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4130 | Money Market Acct #: | ******5002 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 2/9/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.04 | | $0.04 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.21 | | $0.25 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.21 | | $0.46 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.21 | | $0.67 |
| | | | TOTALS: | | $0.67 | $0.00 | $0.67 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.67 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.67 | $0.00 | |

| For the period of 2/9/2010 to 8/8/2011 | | For the entire history of the account between 06/25/2010 to 8/8/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.67 | Total Compensable Receipts: | $0.67 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.67 | Total Comp/Non Comp Receipts: | $0.67 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 10-05002-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KUCEROVA, DENISA | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4130 | Checking Acct #: | ******5002 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/9/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

| For the period of 2/9/2010 to 8/8/2011 | | For the entire history of the account between 05/06/2011 to 8/8/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case No. | | 10-05002-PSH | | Trustee Name: | | David Leibowitz | |
| Case Name: | | KUCEROVA, DENISA | | Bank Name: | | Sterling Bank | |
| Primary Taxpayer ID #: | | ******4130 | | Money Market Acct #: | | ******5002 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | MMA | |
| For Period Beginning: | | 2/9/2010 | | Blanket bond (per case limit): | | $5,000,000.00 | |
| For Period Ending: | | 8/8/2011 | | Separate bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.21 | | $0.21 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.21 | | $0.42 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.21 | | $0.63 |
| | | | TOTALS: | | $0.63 | $0.00 | $0.63 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.63 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.63 | $0.00 | |

**For the period of  2/9/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.63 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 06/25/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.63 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 10-05002-PSH | |
| **Case Name:** | KUCEROVA, DENISA | |
| **Primary Taxpayer ID #:** | ******4130 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/9/2010 | |
| **For Period Ending:** | 8/8/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******5002 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,002.64 | $5,002.64 | $0.00 |

**For the period of 2/9/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $5,002.64 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,002.64 |
| Total Internal/Transfer Receipts: | $8,999.11 |
| | |
| Total Compensable Disbursements: | $5,002.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,002.64 |
| Total Internal/Transfer Disbursements: | $8,999.11 |

**For the entire history of the case between 02/09/2010 to 8/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $5,002.64 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,002.64 |
| Total Internal/Transfer Receipts: | $8,999.11 |
| | |
| Total Compensable Disbursements: | $5,002.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,002.64 |
| Total Internal/Transfer Disbursements: | $8,999.11 |